AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

Skarlett Cooper, Israel Stokes, Italyah Stokes, Torrey Allen and Jermani Keys,

*Plaintiff*

v.

Lake County Sheriff Oscar Martinez and John Does I-X

*Defendant*

Case No.   2:24-cv-247

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Skarlett Cooper, Israel Stokes, Italyah Stokes, Torrey Allen and Jermani Keys.

Date:   07/18/2024

/s/ Douglas K. Walker
*Attorney's signature*

Douglas K. Walker, #21418-45
*Printed name and bar number*

Gladish Law Group
3235 45th Street
Highland, IN  46322

*Address*

Doug@davidgladish.com
*E-mail address*

(219) 838-1900
*Telephone number*

(219) 838-1909
*FAX number*